ANDREW BOLOGNINO v. MARIZZA L. BOLOGNINO, Also Known as LUCY BOLOGNINO, Also Known as ALICE BOLOGNINO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

GEORGE CHURCH v. ARTHUR M. WICKWIRE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

WALTER W. SMITH v. BENJAMIN NANNEN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WALTER W. SMITH v. BENJAMIN NANNEN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTHA SILVERMAN v. ARTHUR M. SILVERMAN.— Motion denied and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER T. STEPHEN, INC., v. JOSEPH F. TROUNSTINE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BROADWAY LOCAL EXPRESS CO., INC., v. EASTERN STEAMSHIP LINES, INC.— Application granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BARTON ADAMS v. CHAMBERLAIN BROWN.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MODERN SECURITY COMPANY OF PHILADELPHIA v. EMALINE THWAITES, Impleaded with HARLEM MORTGAGE CORPORATION and Another.— Application granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPHINE L. PEET v. WILBUR D. GRAY and Another.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MOMAND & CO., INC., v. CHARLES G. MEINKEN.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DAVID KLEIN against A. B. PIPER CO., INC.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

COHEN BROS. MFG. CO., INC., v. AMERICAN BEMBERG CORPORATION.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BUTTERICK PUBLISHING COMPANY and Others v. DELL PUBLISHING CO., INC.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of KATAKURA & COMPANY, LTD., against JOSEPH BERLINGER COMPANY, for an Order Confirming Award of Arbitrators.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS GAFFNEY, as Substituted Committee of the Person and Property of JAMES GAFFNEY, an Incompetent, v. JOHN VAKIENER and MANUFACTURERS TRUST COMPANY, Formerly Known as GOTHAM NATIONAL BANK OF NEW YORK.— Preference granted for February 17, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JEWEL SMESSERT v. WARNER BROS. PICTURES, INC., and Others.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JECHIEL TATELMAN for an Order Directing